UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COLE D. ENGELSON,<br><br>　　　　　　　Plaintiff<br><br>　v.<br><br>JEREMY BEAN, et al.,<br><br>　　　　　　　Defendants | Case No. 2:25-cv-00143-GMN-MDC<br><br>**ORDER** |

On January 23, 2025, state prisoner Cole Engelson submitted a civil-rights complaint under 42 U.S.C. § 1983 along with an application to proceed *in forma pauperis*. (ECF Nos. 1-1, 1). Plaintiff's mail from the Court has since been returned as undeliverable, noting that Plaintiff is no longer at the address listed with the Court. (ECF Nos. 3, 4, 5). According to the Nevada Department of Corrections inmate database, Plaintiff is currently incarcerated at Ely State Prison. If Plaintiff wants to proceed with this action, he must file his updated address with the Court.

I. **DISCUSSION**

Nevada Local Rule of Practice IA 3-1 instructs that a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." "This change of address includes moving to a new institution or being released on parole." (ECF No. 2 at 1). "The notification must include proof of service on each opposing party or the party's attorney[,]" when applicable. LR IA 3-1. And "failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id.*

II. **CONCLUSION**

It is therefore ordered that Plaintiff has **until February 28, 2025**, to file his updated address with the Court.

1    Plaintiff is cautioned that this action will be subject to dismissal without prejudice if
2 he fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to
3 refile the case with the Court, under a new case number, when Plaintiff can file a complete
4 application to proceed *in forma pauperis* or pay the required filing fee.

5    The Clerk of the Court is directed to send Plaintiff courtesy copies of this order, the
6 Advisory Letter (ECF No. 2), and Plaintiff's initiating documents (ECF Nos. 1, 1-1) by
7 delivering the same to Ely State Prison's law library.

8    DATED: January 29, 2025

_____
UNITED STATES MAGISTRATE JUDGE